```
                        UNITED STATES BANKRUPTCY COURT
                          SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION AT DAYTON


IN RE:                                    : CASE NO: 05-45581
MICHAEL T. FERGUSON                       :      (Chapter 13)
399 S GRANT AVENUE                        : JUDGE LAWRENCE S. WALTER
APT E                                     :
COLUMBUS OH                               :
            43215-0000                    :
                                          :
            Debtor(s)                     :
 SSN XXX-XX-0856                          :
-------------------------------------------------------------------------
                         REPORT OF UNCLAIMED FUNDS
-------------------------------------------------------------------------
The Trustee reports that the following is an itemized list of the unclaimed
funds which are being paid to the Clerk  of  the Bankruptcy  Court.

JOHN L FERGUSON JR              CRED. NO. 196992
1017 RAY AVENUE NW
APT B 1
NEW PHILADELPHIA OH             44663-0000                       3,477.79

                                T O T A L                        3,477.79
                                CHECK NO. 3898061



                                _/s/ Jeffrey M. Kellner_____
                                Jeffrey M. Kellner 0022205
                                Chapter 13 Trustee
                                131 N. Ludlow Street, Suite 900
                                Dayton, Ohio 45402
                                (937) 222-7600  Fax (937)222-7383
                                email: chapter13@dayton13.com

                                DATED: 07/15/08
```

```
                        Certificate of Service                    05-45581
I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.
MICHAEL T. FERGUSON                      399 S GRANT AVENUE
   APT E                                 COLUMBUS OH                 43215-0000
DAVID L MIKEL                            210 W MAIN ST
                                         TROY OH                     45373-0000
(196992) JOHN L FERGUSON JR               1017 RAY AVENUE NW
   APT B 1                               NEW PHILADELPHIA OH         44663-0000
OFFICE OF THE U S TRUSTEE                170 NORTH HIGH ST
   SUITE 200                             COLUMBUS OH                 43215-0000

                    Jeffrey M. Kellner  BY _/s/ Jeffrey M. Kellner_

                         0715JHUCF_101469
                                ###
```